IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FILED
MAR 03 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| TRANSAMERICA INVESTMENT GROUP, INC., d/b/a Sky Cargo Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS M. HAMILTON, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. H-12-1102 <br><br> **SA14MC0200** |

### Final Judgment

In accordance with the court's Memorandum and Opinion setting out findings of fact and conclusions of law following the bench trial, this court awards judgment in favor of Transamerica Investment Group, Inc., d/b/a Sky Cargo Solutions, Inc. ("Sky Cargo") against Travis M. Hamilton and Hamilton Capital Partners ("HPC") in the amount of $60,000. It is ordered that:

1) Sky Cargo's claim for breach of an express contract is dismissed with prejudice.

2) Sky Cargo is entitled to recovery under quantum meruit in the amount of $60,000, plus prejudgment interest, beginning after the aircraft were sold.

3) Sky Cargo is to present evidence of its attorney's fees by affidavit within the time limits under Federal Rule of Civil Procedure 54.

SIGNED on August 27, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 2/25/14
DAVID J. BRADLEY, Clerk of Court
By _____
Deputy Clerk